**ORDR**
GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
KRAVITZ, SCHNITZER, SLOANE &
 JOHNSON, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 222-4149
Facsimile:  (702) 362-2203
Email: gschnitzer@kssattorneys.com
       mmorgan@kssattorneys.com
*Attorneys for Defendants,*
*LITTON LOAN SERVICING LP*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CARLOS NIETO, an individual and ESTELA GIL, an individual,<br><br>                    Plaintiffs,<br>vs.<br><br>LITTON LOAN SERVICING, a Delaware Limited Partnership and DOES I through X inclusive,<br><br>                    Defendant. | Case No.: 2:10-cv-00223-GMN-GWF<br><br><br><br><u>**ORDER EXPUNGING LIS PENDENS**</u> |

This Court, having considered the Motion to Expunge Lis Pendens filed with the Court by Litton Loan Servicing LP, and good cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the particular Lis Pendens concerning the following described property situated in Clark County, Nevada:

   Address: 5500 Fire Island Drive, Las Vegas, Nevada 89120

   APN:   162-25-810-008

and recorded on the 29th day of January, 2010, as Instrument No. 201001290001350 in the Office of the County Recorder of Clark County, Nevada, is hereby lifted, cancelled, expunged, and **RELEASED IN FULL.**

Page 1 of 2

    **THE COURT FURTHER ORDERS** the Defendant to record a properly certified copy of this Order in the real property records of Clark County, Nevada within a reasonable amount of time from the date of this Order's issue.

    **DATED** this 27th day of June, 2012.

_____
Gloria M. Navarro
United States District Judge

SUBMITTED BY:

KRAVITZ, SCHNITZER SLOANE &
JOHNSON, CHTD.

_____
GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
8985 S. Eastern Avenue, Suite 200
Las Vegas, NV 89123
*Attorneys for Defendants*
*Litton Loan Servicing, LP*